UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARR LANE MANUFACTURING CO.,               )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        Case No. 4:05CV1413 JCH
                                           )
DE-STA-CO INDUSTRIES, INC., ET AL,         )
                                           )
        Defendants.                        )

STIPULATION OF DISMISSAL

        The parties have settled this case and hereby stipulate to a dismissal with prejudice of

all claims in this case, each party to bear its own fees and costs.


THOMPSON COBURN LLP                        HARNESS DICKEY & PIERCE P.L.C.

By:___/s/ Jason M. Schwent                 By:___/s/ Bryan K. Wheelock
Steven E. Garlock  #3184                   Bryan K. Wheelock  #4696
Jason M. Schwent  #109196                  7700 Bonhomme, Suite 400
One US Bank Plaza                          St. Louis, MO  63105
St. Louis, MO  63101                       (314) 726-7500
(314) 552-6000                             FAX :  (314) 726-7501
(314) 552-7000 (facsimile)                 ATTORNEY FOR DEFENDANTS
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on August 21, 2006, the foregoing document was
filed electronically with the Clerk of the Court to be served by operation of the Court's
electronic filing system upon the following :

Bryan K. Wheelock #4696
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme, Suite 400
St. Louis, MO  63105
Attorney for Defendants


                                           _____/s/ Jason M. Schwent_____

3411273